**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | | |
|---|---|---|
| **CGB DIVERSIFIED SERVICES, INC.** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| **V.** | ) | **CASE NO. 2:20-cv-02120-JAR-TJJ** |
| | ) | |
| **ROBIN FORSYTHE** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**MOTION TO MODIFY AMENDED SCHEDULING ORDER**

Plaintiff CGB Diversified Service, Inc. ("Diversified") moves this Court to Modify the Amended Scheduling Order. As further explained in the suggestions accompanying this motion, good cause exists to modify the scheduling Order. First, due to the ongoing COVID-19 pandemic, most of Diversified's offices have been closed since March 2020, which has delayed Diversified's discovery efforts. Second, Diversified's prior lead counsel had a number of out-of-state arbitrations in August, September, and October 2020, which further contributed to Diversified's difficulties in completing discovery. Third, Diversified was recently sold to Sompo International Holdings Ltd., a specialty provider of property and casualty insurance and reinsurance, and Diversified's in-house legal department has undergone restructuring. As a result, Diversified recently retained new lead counsel in this matter, Kevin M. Duddlesten, and he requires a moderate extension of time to get up to speed on this case.

Combined, these circumstances constitute good cause to modify the scheduling Order.

Respectfully submitted,

/s/ James Lawrence
James D. Lawrence (KS No. 22505)
Logan M. Rutherford (KS No. 25830)
BRYAN CAVE LEIGHTON PAISNER LLP
One Kansas City Place

        200 Main Street, Suite 3800
        Kansas City, MO 64105-2122
        Phone: 816-374-3378
        jdlawrence@bclplaw.com
        logan.rutherford@bclplaw.com

        Kevin M. Duddlesten (*pro hac vice* forthcoming)
        Duddlesten Law Group, PLLC
        4347 W Northwest Hwy
        Ste 130, PMB 325
        Dallas, TX 75220
        Phone: 214-315-3520
        kevin@duddlestenlawgroup.com
        ATTORNEYS FOR THE PLAINTIFF,
        CGB DIVERSIFIED SERVICES, INC.

## **CERTIFICATE OF SERVICE**

      I certify that on January 14, 2021, I filed the foregoing using the Court's CMECF system, which will send electronic service of the filing to all counsel of record.

                                    /s/ James D. Lawrence
                                    Attorney for Plaintiff