**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

| | |
|---|---|
| **CGB DIVERSIFIED SERVICES, INC.** ) | |
| ) | |
| **PLAINTIFF** ) | |
| **V.** ) | **CASE NO. 2:20-cv-02120-JAR-TJJ** |
| ) | |
| **ROBIN FORSYTHE** ) | |
| ) | |
| **DEFENDANT** ) | |

### SUGGESTIONS IN SUPPORT OF MOTION TO MODIFY AMENDED SCHEDULING ORDER

Plaintiff CGB Diversified Service, Inc. ("Diversified"), moves this Court to Modify the Amended Scheduling Order, and in support states the following:

On November 25, 2020, the parties filed a Joint Motion to Amend the Scheduling Order. Doc. 49. The Parties' Motion was based, in large part, on the inability to conduct meaningful discovery due to pandemic-related office closures and travel restrictions. The Court granted the Joint Motion to Modify the Scheduling Order on November 30, 2020. Doc. 50. Pursuant to the Amended Scheduling Order, the current discovery deadline in this case is March 15, 2021; the deadline for dispositive motions (summary judgment) is April 12, 2021; a telephonic pretrial conference is set for April 1, 2021; and this matter is set for trial in Kansas City, Kansas, beginning on December 14, 2021. See Doc. 50. Diversified requests a further extension of time to complete discovery in this case for the following reasons.

First, as previously mentioned in the Joint Motion to Modify Scheduling Order, most of Diversified's offices have been closed since March 2020. Given the recent drastic increase in COVID-19 infections in Kansas and elsewhere, conducting meaningful discovery in a timely manner remains challenging. Second, shortly after the Court entered the Amended Scheduling

Order on November 30, 2020, Diversified was acquired by an entirely different entity, Sompo International Holdings Ltd. On or around December 26, 2020, the Diversified in-house lawyer overseeing this lawsuit left the new company abruptly without being able to properly transition the matter to the new ownership group. Third, Diversified just retained new lead counsel in this matter, Kevin M. Duddlesten, principal of Duddlesten Law Group, PLLC. Both Mr. Duddlesten and Diversified's new ownership group are going to need additional time to become familiar with the matter so that Mr. Duddlesten can properly prepare this lawsuit for trial.[1]

      Per FRCP 16(b), a scheduling order can be modified "for good cause and with the judge's consent." Neal v. Aramark Uniform & Career Apparel, LLC, 2020 WL 5548809 (D. Kan. Sept. 16, 2020). Diversified has worked to complete discovery, both written and other, but COVID-19 restrictions, the restructuring of Diversified's in-house legal department, and Diversified's retention of new lead counsel have, combined, resulted in Diversified's need for more time to complete discovery despite its diligent efforts. These circumstances constitute good cause to modify the Scheduling Order. See, e.g., Macias v. BNSF Railway Co., 2020 WL 3469680, at *2 (D. Kan. June 25, 2020) (finding unprecedented circumstances surrounding COVID-19 were good cause to modify scheduling Order); see also Tarlton v. Sealey, 2020 WL 358305, at *1 (E.D.N.C. January 21, 2020) (finding that the retention of new counsel, when combined with other extenuating circumstances, constitutes good cause to modify scheduling Order).

---

[1]     Mr. Duddlesten's pro hac vice motion is forthcoming.

Diversified therefore requests additional time to prepare this matter for trial. Specifically, Diversified requests additional time in which to designate experts, complete discovery, and thereafter file any necessary motions, as follows:

| | |
|---|---|
| Plaintiff's Expert | May 10, 2021 |
| Defendant's Expert | June 9, 2021 |
| Rebuttal Experts | July 2, 2021 |
| Discovery Completed | July 16, 2021 |
| Dispositive Motions | August 9, 2021 |
| Motions Challenging Admissibility of Experts | August 9, 2021 |

Diversified proposes these dates in an effort to avoid disturbing the current trial setting of December 14, 2021. If, however, Diversified's proposed dates necessitate rescheduling the current trial setting, Diversifed requests the pretrial Order deadline, the pretrial conference date, and trial setting be rescheduled consistent with Court's first available trial setting and convenience.

This Motion is made in good faith for good cause shown and not as a dilatory tactic. While the parties were recently granted their Joint Motion to Modify the Scheduling Order, Diversified's counsel were unaware that they were about to lose their primary in-house contact at Diversified and retain new lead counsel. Had Diversified's counsel known the true situation at that time, it would have moved the Court to modify the original Scheduling Order in accordance with the dates requested in the instant Motion. Counsel for Forsythe were asked to join the instant Motion, but refused to do so.

Respectfully submitted,

/s/ James Lawrence
James D. Lawrence (KS No. 22505)
Logan M. Rutherford (KS No. 25830)
BRYAN CAVE LEIGHTON PAISNER LLP
One Kansas City Place
200 Main Street, Suite 3800

Kansas City, MO  64105-2122
Phone:  816-374-3378
jdlawrence@bclplaw.com
logan.rutherford@bclplaw.com

Kevin M. Duddlesten (*pro hac vice* forthcoming)
Duddlesten Law Group, PLLC
4347 W Northwest Hwy
Ste 130, PMB 325
Dallas, TX 75220
Phone: 214-315-3520
kevin@duddlestenlawgroup.com
ATTORNEYS FOR THE PLAINTIFF,
CGB DIVERSIFIED SERVICES, INC.

## **CERTIFICATE OF SERVICE**

I certify that on January 14, 2021, I filed the foregoing using the Court's CMECF system, which will send electronic service of the filing to all counsel of record.

/s/ James D. Lawrence
Attorney for Plaintiff